DECISIONS PER CURIAM, FROM OCTOBER 3, 1921, TO AND INCLUDING FEBRUARY 27, 1922, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 20, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. Order entered October 5, 1921.

It is ordered that the interveners herein claiming under or through the State of Texas be permitted to appear before the commissioner now taking evidence respecting the true boundary line along the south bank of Red River and to present evidence bearing on that question and in support of their claims; and the evidence so presented shall be subject to rebuttal in the same way and at the same time as that presented by the State of Texas.

---

No. —, Original. *Ex parte:* IN THE MATTER OF MARY ELLEN BAIN, PETITIONER. Submitted October 4, 1921. Decided October 10, 1921. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Samuel Russell* for petitioner. *Mr. Assistant Attorney General Nebeker* in opposition to the petition.

---

No. 54. JOHN ARMSTRONG CHALONER *v.* W. GILMER DUNN. Error to the District Court of the United States for the Western District of Virginia. Motion for injunction, and motion to quash injunction and to dismiss writ of error submitted October 4, 1921. Decided October 10, 1921. Dismissed for the want of jurisdiction. *Mr. Hollins N. Randolph* and *Mr. Sidney J. Dudley* for plaintiff in error. *Mr. W. Gwynn Gardiner* for defendant in error.